**Olumuyiwa Ayodeji ADELEKE,**
**Plaintiff–Appellant**

v.

**DALLAS FORT WORTH INTERNATIONAL AIRPORT BOARD,**
**Defendant–Appellee.**

No. 08–10577
**Summary Calendar.**

United States Court of Appeals,
Fifth Circuit.

Dec. 23, 2008.

Olumuyiwa Ayodeji Adeleke, Dallas, TX, pro se.

Lu Pham, Lynn Pham & Ross, F. Denise Russell, Fort Worth, TX, for Defendant–Appellee.

Before WIENER, STEWART, and CLEMENT, Circuit Judges.

PER CURIAM: *

Plaintiff–Appellant Olumuyiwa Ayodeji Adeleke appeals from the district court's

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under

Order of June 2, 2008 dismissing his several claims against Defendant–Appellee Dallas Forth Worth International Airport Board. We have carefully reviewed in detail the entire record on appeal and the applicable law as set forth in the briefs and other filings of the parties and in the district court's opinion. As a result, we are satisfied that the district court's grant of summary judgment dismissing Appellant's claims with prejudice is correct. For essentially the same reasons set forth in its Order, the district court's judgment is, in all respects,

AFFIRMED.

the limited circumstances set forth in 5TH CIR.   R. 47.5.4.